IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FEDERAL INSURANCE COMPANY,
a/s/o Oak Lake, LLC; Meeker Property
Holdings, LLC; and LNH One, LLC          PLAINTIFF

v.                No. 4:20-cv-1368-DPM

REECE CONSTRUCTION CO., INC.;
CITY OF LONOKE, ARKANSAS; and
BOND CONSULTING ENGINEERS EAST, INC.     DEFENDANTS

## JUDGMENT

Federal Insurance Company's claims against the City of Lonoke are dismissed without prejudice. The claims against Reece Construction Co., Inc., and Bond Consulting Engineers East, Inc., are dismissed with prejudice. The Court retains jurisdiction until 5 September 2022 to enforce the parties' settlements.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2022